IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Mary Louise Whatley<br><br>　　　　　Defendant. | CR 06-009-T-DCB(JCG)<br><br>CONSENT OF DEFENDANT<br>AND<br>ORDER OF REFERRAL |

ORDER OF REFERRAL

Defendant **Mary Louise Whatley** having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge **Guerin** to administer the allocution pursuant to Rule 11, F.R.Crim.P., and to make findings as follows:

(A) whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

(B) whether the plea of guilty should be accepted by the District Court.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED:

_____
U.S. District Judge

CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

I consent to the above referral:

_____　　　　　_____
Defendant　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

_____
Counsel for Defendant